# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RYAN SMITH,<br>Plaintiff,<br>v.<br>CITY OF OAKLAND,<br>Defendant. | Case No. 17-cv-06260-MEJ (SK)<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR**<br><br>Regarding Docket No. 20 |

On January 23, 3018, a notice was issued informing the parties that the Court would hold a telephonic Scheduling Conference in this matter on January 30, 2018 at 10:00 a.m. Counsel were directed to dial in for the telephone conference. (Dkt. 20.) Plaintiff's counsel failed to do so. The Court HEREBY ORDERS Plaintiff's counsel to contact Defendant's counsel immediately to select another time for this telephone conference within the next two weeks that is convenient for Defendant's counsel and is available according to the Court's calendar on the Northern District of California website. Additionally, the Court FURTHER issues an ORDER TO SHOW CAUSE ("OSC") why monetary sanctions in the amount of $200 should not be imposed on Plaintiff's counsel for failure to appear for the telephone conference. Plaintiff's counsel shall respond in writing to this OSC by no later than February 9, 2018 as to why such sanctions should not be imposed.

**IT IS SO ORDERED**.

Dated: January 30, 2018

_____
SALLIE KIM
United States Magistrate Judge